UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL SMITH,<br>ESTHER E. COFFIN,<br>GWEN A. CALLAHAN,<br>WANDA K. OWENS, and<br>DIANA L. VAN HOOSER,<br>　　　　Defendants.<br>_____<br><br>WANDA K. OWENS,<br>ESTHER E. COFFIN,<br>GWEN A. CALLAHAN, and<br>DIANA L. VAN HOOSER,<br>　　Counter-claim/Cross-claim Plaintiffs,<br><br>　　vs.<br><br>CONNECTICUT GENERAL LIFE<br>INSURANCE COMPANY and<br>MICHAEL B. SMITH,<br>　　　Counter-claim/Cross-claim<br>　　　Defendants.<br>_____<br><br>AMEX ASSURANCE COMPANY,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL B. SMITH,<br>WANDA OWENS, | 1:04-cv-1787-RLY-TAB |

1

| | |
|---|---|
| GWEN CALLAHAN, | ) |
| ESTHER COFFIN, | ) |
| DIANA VAN HOOSER, | ) |
| DON SPILMON, | ) |
| CARROL SPILMON, and | ) |
| THE ESTATE OF LINDA L. SMITH, | ) |
| Defendants. | ) |

## FINAL JUDGMENT

The court, having this day **GRANTED** Wanda Owens, Esther Coffin, Gwen Callahan, Diana Van Hooser, Don Spilmon, Carroll Spilmon, and the Estate of Linda L. Smith's Motion for Summary Judgment, now enters final judgment in their favor and against Michael B. Smith.

**SO ORDERED** this 14th day of March 2007.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
U.S. District Court

_____
Deputy Clerk, U.S. District Court

2

Electronic Copies to:

Don David Ezell Jr.
dezell@ezell-law.com

Renee J. Mortimer
HINSHAW & CULBERTSON
rmortimer@hinshawlaw.com

Daniel Keenan Ryan
HINSHAW & CULBERTSON
dryan@hinshawlaw.com

Adam L. Saper
HINSHAW & CULBERTSON LLP
asaper@hinshawlaw.com

John F. Townsend III
TOWNSEND & MONTROSS
townsendmontross@aol.com